IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **MARIO DESMOND WRIGHT,** | : | |
| Plaintiff, | : | Case No. 3:21-CV-00121-CDL-CHW |
| v. | : | |
| **JUDGE LAWTON STEPHENS,** *et. al.*, | : | Proceedings Under 42 U.S.C. §1983<br>Before the U. S. Magistrate Judge |
| Defendant. | : | |

## ORDER

*Pro se* Plaintiff Mario Desmond Wright, an inmate previously confined in the Clarke County Jail in Athens, Georgia filed an incomplete document that was docketed as a 42 U.S.C. § 1983 complaint. ECF No. 1. Plaintiff did not sign his document and his only statement within the document read "holla back at me asap please". *See id*.; ECF No. 1-1. On October 25, 2021, an order assigning a Magistrate Judge (ECF No. 2) and a deficiency notice were mailed to the Plaintiff. Plaintiff was given twenty-one days to amend his complaint. The Court's orders were returned to the Court indicating that Plaintiff was no longer incarcerated at the Clarke County jail. ECF No. 3.

On December 1, 2021, the Court once again issued an order for the Plaintiff to recast his complaint and provided instructions on how to do so. ECF No. 4. Plaintiff was further ordered to pay the filing fee or motion for leave to proceed *in forma pauperis*. *Id*. Plaintiff was given fourteen (14) days to respond and was unambiguously informed that

1

failure to comply would result in dismissal of his action.  *Id*.  Plaintiff failed to respond. Additionally, the Court's order was again returned to the Court with a note that the Plaintiff was no longer incarcerated at the Clarke County jail.  ECF No. 5.  The Plaintiff has not otherwise notified the Court of his current address.

Due to Plaintiff's failure to follow the Court's Orders, failure to keep the Court informed of his address, and failure to prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**.  Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist*., 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED,** this 23rd day of December, 2021.

S/Clay D. Land
CLAY D. LAND, JUDGE
UNITED STATES DISTRICT COURT